ALICIA A.G. LIMTIACO
United States Attorney
KARON V. JOHNSON
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7334

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
OCT - 3 2012
JEANNE G. QUINATA
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT

# FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL CASE NO. 12-00017 |
| Plaintiff, ) | |
| vs. ) | **VERIFIED COMPLAINT OF FORFEITURE** |
| ONE 2009 SUZUKI GSX-R750K9 ) MOTORCYCLE, VIN JSGR7LA992104340, ) | |
| Defendant. ) | |

Now comes plaintiff, the United States of America, by and through its attorneys, Alicia A.G. Limtiaco, United States Attorney for the Districts of Guam and the Northern Mariana Islands, and Karon V. Johnson, Assistant United States Attorney, and respectfully state as follows:

1. This is a civil action *in rem* brought to enforce the provision of 18 U.S.C. § 981(a)(1)(B)(i) and 21 U.S.C. § 881(a)(6) for the forfeiture of the above-listed defendant, ONE 2009 SUZUKI GSX-R750K9 MOTORCYCLE, VIN JSGR7LA992104340, for violations of Title 21, U.S.C. § 841(a)(1), Distribution of a Controlled Substance.

2. This Court has subject matter jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345 and over an action for forfeiture under 28 U.S.C. § 1355. Venue

is appropriate pursuant to Title 28, U.S.C. § 1355(b).

3. The defendant is ONE 2009 SUZUKI GSX-R750K9 MOTORCYCLE, VIN JSGR7LA992104340.

4. The facts and circumstances supporting the seizure and forfeiture of the defendant ONE 2009 SUZUKI GSX-R750K9 MOTORCYCLE, VIN JSGR7LA992104340, are set forth in the Affidavit of DEA Special Agent Kirk F. Williamson, attached hereto and incorporated herein as Exhibit 1.

5. The defendant ONE 2009 SUZUKI GSX-R750K9 MOTORCYCLE, VIN JSGR7LA992104340, constitutes proceeds traceable to violations of Title 21, U.S.C. § 841(a)(1), Distribution of a Controlled Substance, and is, therefore, subject to forfeiture to the United States pursuant to Title 18, U.S.C. § 981(a)(1)(B)(i) and Title 21, U.S.C. § 881(a)(6).

6. This court has *in rem* jurisdiction over the defendant property pursuant to 28 U.S.C. § 1355(b)(1)(A) because the acts giving rise to the forfeiture occurred in this district.

7. That pursuant to 18 U.S.C. § 981(f), all right, title and interest in the defendant ONE 2009 SUZUKI GSX-R750K9 MOTORCYCLE, VIN JSGR7LA992104340, vested in the United States upon commission of the acts giving rise to the forfeiture under this section.

**WHEREFORE**, the United States of America prays that process of a warrant in rem issue for the arrest of the defendant ONE 2009 SUZUKI GSX-R750K9 MOTORCYCLE, VIN JSGR7LA992104340, that due notice be given to all parties to appear and show cause why the

\\
\\
\\
\\
\\
\\
\\

forfeiture should not be decreed; and that judgment be entered declaring that the defendant ONE 2009 SUZUKI GSX-R750K9 MOTORCYCLE, VIN JSGR7LA992104340, be forfeited to the United States of America for disposition.

Respectfully submitted this __3rd__ day of October, 2012.

ALICIA A.G. LIMTIACO
United States Attorney
Districts of Guam and the NMI

By: _/s/ Karon V. Johnson_
KARON V. JOHNSON
Assistant U.S. Attorney

-3-

Case 1:12-cv-00017   Document 1   Filed 10/03/12   Page 3 of 9

EXHIBIT 1

AFFIDAVIT

I, KIRK F. WILLIAMSON, being first duly sworn under oath, depose and say:

1. I am a Special Agent with the Drug Enforcement Administration and have been so employed since 2009. I am currently assigned to the Hagatna, Guam resident office. My responsibilities include investigating possible violations of the Controlled Substances Act, in particular the illegal distribution of controlled substances in violation of Title 21, United States Code, § 841(a)(1). I have conducted and assisted in the investigations of many drug-related offenses which include the distribution of controlled substances, and the profits generated from such sales.

2. This affidavit is submitted in support of the Verified Complaint of Forfeiture concerning One 2009 Suzuki GSX-R750K9 Motorcycle (VIN JS1GR7LA992104340), as property which constitutes or is derived from, directly or indirectly, the proceeds of drug trafficking, and as property used or intended to be used, to commit or to facilitate the commission of said drug trafficking. MVD records reflect that said Suzuki motorcycle was purchased in November, 2009, and does not have a lien against it. The said Suzuki is registered to Christopher Waki.

3. In February 2012, an investigation into Julian Robles was initiated by the DEA Guam Resident Office based on information that Robles was a large scale distributer of methamphetamine. Between February 17, 2012, and April 4, 2012, US Postal Inspector Jedidiah Hutchison seized two hundred and thirty-four (234) USPS first class mail letters sent

1

from the area of Sacramento, CA, to the below-listed PO Boxes/addresses in Guam. Inspector Hutchison determined the names associated with each box, as follows.

a) PO Box 3024, Hagatna, Guam: Julian Robles, Mark B. Enriquez, Vicente Robles, Anthony Duenas, and Pamela Salas , with a physical address of 111 Chalan Kindo St, Santa Rita, Guam;

b) PO Box 218327, Barrigada, Guam: Christopher Waki, with a physical address of 127 C Perez Heights, Talofofo, Guam;

c) PO Box 217784, Barrigada, Guam: Jasmin K. Santos, with a physical address #91 Mao Dr. Pagachao, Agat, Guam;

d) PO Box 20478, Barrigada, Guam: Jose S. Guerrero, Felicita C. Guerrero, Timothy C. Guerrero, and Joan Guerrero, with a physical address 174 Dimas St, Mangilao, Guam;

e) PO Box 7613, Agat, Guam: Venus D. Panes, Leo Panes, Leah Panes, and Venalynne Panes, with a physical address of 340 San Vicente Ave, Agat, Guam; and

f) PO Box 4812, Hagatna, Guam: Barbara Quinata with a physical address of 135A Kalachucha Drive, Aga, Guam.

4. Some of the 234 letters were sent to physical addresses:

(a) 141 Asconejo St, Barrigada, Guam, which is associated with the Salas family and is a former address for Pam Salas;

(b) 206 Ernest P Santos, Talofofo, Guam, which is the address of Lolita Castro and family;

(c) 146 Mansanita Ct, Sinajana, Guam, which is the address of Vince Quitugua.

2

5. Postal Inspector Hutchison obtained federal search warrants for all of the letters, each of which were found to contain between 16 to 20 net grams of a crushed glass like material suspected to be methamphetamine. The contents of the letters were submitted to the DEA Southwest Laboratory for testing. To date, I have received 177 laboratory reports, which reflect that the contents of the letters analyzed so far total 2,369.3 grams, or 2.3693 kilograms, of methamphetamine hydrochloride (ice).

6. On February 28, 2012, Julian Robles and Vince Quitugua flew to Sacramento, California. Both men paid $3,302.76 cash each for first class, round trip tickets. On March 18, 2012, Julian Robles and Vince Quitugua returned to Guam and were placed in secondary inspection by Guam Customs. During the inspection Guam Custom's Officers searched Robles' computer and located several templates of addresses which corresponded to the envelopes which had been intercepted from California. It appears that these templates were being used to print envelopes which appeared to be from legitimate businesses.

7. Between April 5, 2012, and April 25, 2012, TFO Jimmy Manglona, USPIS TFO Jeff Palacios, and SA Kirk Williamson spoke with a cooperating source of information ("SOI") who provided information on the drug trafficking activities of Julian Robles, Christopher Waki, and Jovin Santos. The SOI has known Julian Robles, Christopher Waki and Jovin Santos for years. The SOI said that Robles was the head of a large scale drug trafficking organization, which sold "ice" which had been mailed from California. The SOI said that Jovin Santos was one of the distributors of the ice Robles was bringing in. The SOI said that Christopher Waki would keep the drug proceeds of Santos' sales at Waki's residence because Santos was afraid he

3

would be raided. Christopher Waki is also the registered owner of PO Box 218327 Barrigada, Guam. Between February 17 and April 4, 47 letters containing methamphetamine had been mailed to this PO Box.

8. On Tuesday, May 1, 2012, search warrants were executed at 111 Chalan Kindo Street, Santa Rita, Guam (residence of Julian Robles), 29 Kristina Lane, Yona, Guam (residence of Jovin Santos), and 127 C Perez Heights, Ipan Talofofo, Guam (residence of Christopher Waki).

9. Julian Robles was detained and later interviewed by investigators. Julian Robles confessed to having purchased between 50-100 pounds of methamphetamine from a source in Sacramento during the past two years. Robles said he would fly to California, purchase the "ice" and personally package it in heat-sealed baggies. Each baggie contained approximately ½ ounce (about 14 grams), and was placed into a regular business envelope. Robles said he would then mail the envelopes to the nine addresses listed in paragraphs 3 and 4. Robles said he would sell the "ice" on Guam through distributors such as Jovin Santos. He said that he owed Santos $70,000, which Santos had paid up front for the shipments of methamphetamine which Robles had purchased and mailed from California, and that had been recently intercepted by law enforcement.

10. During execution of the search warrant Christopher Waki's residence, investigators encountered Sherese Flores, who advised that she lived at this residence with Christopher Waki. Ms. Flores told investigators that Christopher Waki had left Guam in late April and was expected back the middle of May. Ms Flores told investigators that Waki left Guam with

4

approximately six stacks of currency, believed to be between $50,000 and $80,000. She said these stacks of money had been inside his safe in his residence. She said that Waki's destination was Sacramento. Investigators found methamphetamine packaging materials in Waki's bedroom closet consisting of dozens of small ziplock baggies, plastic drinking straws and a gram digital scale. In my experience and training, these items are used by drug traffickers to package and distribute controlled substances. Christopher Waki's last known employment was for DZSP in 2007.

11. During the execution of a search warrant on the residence of Jovin Santos, investigators encountered Daelena Waki, who said that she lived there with Santos. Investigators found a digital gram scale in the living room, and an electronic money counter in Santos' bedroom closet. In my experience and training, such items are used by drug traffickers to distribute controlled substances. Investigators also found seven Post Office Box keys. Three of these keys were for PO Box numbers 218327, 217784, and 3024, which had received 128 of the 234 letters containing methamphetamine which Robles admitted shipping from Sacramento. Jovin Santos was not a registered user on any of these three PO Boxes.

12. During the search of Santos' residence, investigators also found the following:

(a) a 2011 Toyota Tacoma truck, license plate AN709, parked in Santos' driveway;

(b) $13,554 in United States currency found in said 2011 Toyota Tacoma truck;.

(c) $30,317 in United States currency located throughout Jovin Santo's residence in the bedroom closet in the bedroom of Santos and Waki, a metal safe/box on the entertainment center in the bedroom, Daelena Waki's purse on the bed, a bra on a shelf in the bathroom, and a

5

"Fossil" box in bedroom closet on shelf.

    (d) nine hand guns and rifles inside a gun safe in the rear sitting area;

    (e) a 2011 Yamaha jet ski and trailer;

    (f) three (3) new flat screen televisions; and

    (g) a new iMac computer, still in its box.

13. Agents later located a 2007 Chevrolet Tahoe which was imported to Guam by Jovin Santos in 2010. This vehicle is registered to Ronitra J. Cruz at Jovin Santo's address of 29 Kristina Lane, Yona Guam. Investigator also discovered that on April 2, 2012, Jovin Santos paid $18,500 cash for another Yamaha jet ski/trailer at Royal Pacific Motors in Tamuning, which investigators have not been able to locate.

14. Neither Jovin Santos nor Daelena Waki have any employment history.

15. Based on my training and experience, and the facts related above, I have reason to believe that the defendant 2009 Suzuki GSX-R750K9 (VIN JS1GR7LA992104340) is property which constitutes or is derived from, directly or indirectly, proceeds of drug trafficking, and as property used or intended to be used, to commit or to facilitate the commission of said drug trafficking and hence is forfeitable to the United States pursuant to Title 21, U.S.C. § 853(a)(1).

FURTHER AFFIANT SAYETH NAUGHT.

_____
KIRK F. WILLIAMSON
Special Agent, DEA

SWORN AND SUBSCRIBED to before me on this _____ day of October, 2012.

_____
Notary Public

6

CARMELLETA Q. SAN NICOLAS
NOTARY PUBLIC
In and for Guam, U.S.A.
My Commission Expires: August 15, 2014
Sirena Plaza, Ste. 500,
108 Hernan Cortez Avenue
Hagatna, Guam 96910